## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RICKEY T. PHELIX

vs.                                            No.   3:07CV00011 SWW

CITY OF MARION, ARKANSAS

### ORDER

Pursuant to the Initial Scheduling Order filed in this matter on March 9, 2007, the parties were directed to hold their conference pursuant to Fed.R.Civ.P. 26(f) by May 16, 2007, and thereafter file their Rule 26(f) report by May 30, 2007.  Defendant filed a Rule 26(f) Report on May 29, 2007, but did not state any efforts with respect to communicating with *pro se* plaintiff in order to file a joint report.  Plaintiff has not filed any report.

Therefore, the Court directs plaintiff to file a response to defendant's Rule 26(f) Conference Report no later than 10 days from the entry of this order.

Plaintiff is reminded that he has a duty to monitor the progress of this case and to prosecute this action diligently.  Failure to do so and/or failure to comply with the Court's order could result in dismissal of this matter.

The Clerk is directed to serve this Order on plaintiff by both regular and certified mail, return receipt requested.

IT IS SO ORDERED this 5th day of June, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE