# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RICKEY T. PHELIX

V.                                   NO. 3:07CV00011 SWW

CITY OR MARION, ARKANSAS

### ORDER

An order was entered in this matter on June 5, 2007, directing pro se plaintiff to file a response to defendant's Rule 26(f) report no later than 10 days from the entry of the order, and advising that failure to do so could result in the dismissal of this case.  Plaintiff has failed to comply, and it appears that plaintiff is not interested in prosecuting this action.

IT IS THEREFORE ORDERED that this cause hereby is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with the Court's order and diligently prosecute this action.

Dated this 22nd day of June, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE